IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| KAWASKI L. BUSH, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:11-CV-64 (WLS) |
| GEORGE CAMP and LYNN CRENSHAW, | : |
| Defendants. | : |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed June 5, 2012. (Doc. 33). It is recommended that Defendants George Camp's Motion for Summary Judgment (Doc. 28) and Defendant Crenshaw's Motion to Dismiss (Doc. 16) be granted. (Doc. 33 at 1).

The Report and Recommendation provided the Parties with fourteen (14) days to file written objections to the recommendations therein. (*Id.* at 11). The period for objections expired on Tuesday, June 19, 2012; no objections have been filed to date. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 33) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants George Camp's Motion for Summary Judgment (Doc. 28) is **GRANTED** for all claims against Defendant George Camp Sr. in his official and individual capacity and for all claims against Defendant George Camp Jr. in his official and individual capacity. Defendant

1

Crenshaw's Motion to Dismiss (Doc. 16) is also **GRANTED** and Defendant Crenshaw is hereby **DISMISSED** from the case.

    **SO ORDERED**, this  12th  day of July, 2012.

                /s/ W. Louis Sands
                **THE HONORABLE W. LOUIS SANDS,**
                **UNITED STATES DISTRICT COURT**